# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>SHEILIA REEVES,<br><br>    Debtor. | Chapter 7<br><br>Case No. 05-3348-SSC<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED AUGUST 30, 2005<br><br>(Opinion to Post) |

Based upon this Court's Memorandum Decision dated August 30, 2005, which is incorporated herein by reference:

IT IS ORDERED that the Debtor's Motion for Sanctions for violation of the Automatic Stay is GRANTED**, and the Debtor shall be awarded punitive damages in the amount of $1,000..**

IT IS FURTHER ORDERED that the Glen Park Apartments LLC's ("Glen Park") Motion for Relief from the Automatic Stay is GRANTED, subject to the terms and conditions set forth in this Order..

IT IS FURTHER ORDERED that because of Glen Park's violation of the automatic stay, the Debtor shall be granted further relief under her Motion for Sanctions, with the Debtor not being liable for, nor need she pay at any time, the post-petition liabilities under her lease agreement with Glen Park for the period of April 1, 2005, through August 31, 2005. The Debtor owes the amount of $4,474.10 for post-petition rent and late charges. However,

counsel for Glen Park may have also incurred attorneys' fees and costs through the date of this Order. The Debtor is also not responsible for said attorneys' fees and costs.

IT IS FURTHER ORDERED that if the Debtor does not voluntarily vacate her apartment at Glen Park's complex by close of business on Friday, September 2, 2005, Glen Park shall proceed with its rights and remedies under Arizona Law, which may include proceeding with its action currently pending in the Glendale Justice Court, and Glen Park shall be entitled to rent, late charges, costs, and attorneys' fees and costs under its lease agreement with the Debtor for the period from September 1, 2005 through September 30, 2005. .

IT IS FURTHER ORDERED that if the Debtor does not voluntarily vacate her apartment at the Glen Park complex by close of business on Friday, September 2, 2005, Glen Park may pursue, in the Justice Court, or other appropriate forum, an offset of the September 2005 rent, late charges, costs, and attorneys' fees for the period from September 1, 2005, through September 30, 2005, against the Debtor's award of punitive damages of $1,000.

DATED this 30th day of August, 2005.

*[signature]*

Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC TO NOTICE